UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:20–mj–425

v.                                   Hon. Sally J. Berens

EUGENIU FLORIAN CIUCA,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Extradition Hearing
Date/Time:               November 18, 2020   10:00 AM
Magistrate Judge:    Sally J. Berens
Place/Location:        650 Federal Building, Grand Rapids, MI

*Consent Verification Hearing*

                                             SALLY J. BERENS
                                             U.S. Magistrate Judge

Dated:  October 15, 2020        By:   /s/ Julie Lenon
                                                  Courtroom Deputy